

# Fourth Court of Appeals
## San Antonio, Texas

March 8, 2018

No. 04-17-00496-CR

Tracy Diane **GRIER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B12462
Honorable N. Keith Williams, Judge Presiding

# O R D E R

Initially, Appellant Tracy Diane Grier had court-appointed counsel on appeal. Later, after the trial court determined Appellant was not indigent, the trial court discharged appointed counsel, and Appellant is now representing herself on appeal.

Appellant filed her original brief, but it was fatally defective, and we struck it. We ordered Appellant to file an amended brief, which she did, but Appellant's amended brief is also fatally defective because it does not comply with Rule 38.1 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 38.1.

Specifically, the brief does not include the following:

- Identity of Parties and Counsel,
- Table of Contents,
- Index of Authorities,
- Statement of the Case,
- Any Statement Regarding Oral Argument,
- Issues Presented,
- Statement of Facts,
- Summary of the Argument, or
- Argument.

*See id.* The brief has these additional defects.

- No part of the brief contains any citations to the record. *See id.* R. 38.1(g) ("The statement [of facts] must be supported by record references."); *id.* R. 38.1(i) ("The brief must contain . . . appropriate citations . . . to the record.").
- The brief asserts certain facts—without citations to the record—but fails to present any legal arguments. *See id.* ("The brief must contain a clear and concise argument for the contentions made . . . .").
- The brief does not list a single authority. *See id.* (requiring "appropriate citations to authorities").
- The brief does not comply with the form requirements of Rule 9.4. *See id.* R. 9.4.

We STRIKE Appellant's amended brief. *See, e.g.*, *id.* R. 9.4, 9.5, 38.1.

As we warned Appellant we would do if her amended brief did not comply with the Rules and our order, we set this appeal at issue on the record alone, and we will review the record solely for fundamental error. *See Lott v. State*, 874 S.W.2d 687, 687–88 & n.1 (Tex. Crim. App. 1994); *Ortiz v. State*, No. 04-15-00761-CR, 2017 WL 2791326, at *1 (Tex. App.— San Antonio June 28, 2017, no pet.) (mem. op., not designated for publication).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of March, 2018.

_____
Keith E. Hottle
Clerk of Court